**Horn Wright** LLP

400 Garden City Plaza
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Direct Tel: 516.355.9628
Direct Fax: 516.213.9660
paf@hornwright.com

**Pablo A. Fernandez**
Partner

January 13, 2026

**VIA ECF ONLY**
Hon. Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re.:   *Jones v. Anthony La'Rocco, et al.*
        2:24-cv-5078 (SJB)(AYS)

Dear Judge Shields:

Horn Wright, LLP represents Plaintiff Darrin Jones ("Plaintiff") in connection with the above-referenced matter.

I am pleased to report that the parties have come to a resolution and a settlement has been reached. The parties would respectfully request time for the appropriate settlement documents to be executed whereupon a stipulation and order of dismissal will be filed with the Court.

Thanking the Court for its time and consideration, I remain

Respectfully,
**HORN WRIGHT, LLP**

By:      */S Pablo A. Fernandez*
          Pablo A. Fernandez

cc:    Steven V. Dalton, Esq.
        Attorney for Defendants

www.hornwright.com